UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BENJAMIN METH,

        Plaintiff,

        v.

ARM WNY, LLC,

        Defendant.

Civil Action No. 14-1613 (MAS) (TJB)

**ORDER**

This matter comes before the Court upon Plaintiff Benjamin Meth's ("Plaintiff") motion for entry of default judgment against Defendant ARM WNY, LLC. The Court has carefully considered Plaintiff's submission and decided the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

**IT IS** on this ___ day of March, 2015, **ORDERED** that:

1. Plaintiff's Motion for Default Judgment (ECF No. 5) is GRANTED.

2. Judgment is entered against Defendant in the amount of $3,069.50, which includes $1,000 in statutory damages, $1,609.50 in attorney's fees, and $460.00 costs.

3. The Clerk of the Court shall mark this case closed.

                                                                                  **MICHAEL A. SHIPP**
                                                                                  **UNITED STATES DISTRICT JUDGE**